# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIONE M. McDOWELL,<br><br>   Petitioner,<br><br>   v.<br><br>W.L. MONTGOMERY, Warden,<br><br>   Respondent. | Case No. CV 13-7299 DMG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: November 24, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE